IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

WILLIAM FLORES SIERRA

GUADALUPE RODRIGUEZ CONCEPCION

XXX-XX-6961

XXX-XX-8681

Debtor(s)

CASE NO. 11-11081 MCF

Chapter 11

**FILED & ENTERED ON 08/13/2012**

## ORDER DISMISSING CASE

Upon the application for voluntary dismissal filed by the debtor(s) (see docket entry #40), it is now

ORDERED, ADJUDGED and DECREED that the instant case be and is hereby dismissed; and it is further

ORDERED, ADJUDGED and DECREED that the Clerk closes any contested matter or adversary proceeding pending in the instant case.

SO ORDERED.

San Juan, Puerto Rico, this 13 day of August, 2012.

*Mildred Caban*

Mildred Caban Flores
U. S. Bankruptcy Judge

C: All creditors
F/up